# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATE THOMPSON,<br><br>Defendant. | No. CR06-3016-MWB<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S GUILTY PLEA** |

_____

## *I. INTRODUCTION AND BACKGROUND*

On April 20, 2006, an indictment was returned against defendant Nate Thompson, charging defendant with conspiring to manufacture 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846, and manufacturing and attempting to manufacture a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. On June 28, 2006, defendant appeared before United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 of the indictment. On this same date, Judge Zoss filed a Report and Recommendation in which he recommends that defendant's guilty plea be accepted. Defendant Thompson filed a timely objection to Judge Zoss's Report and Recommendation in which he asserts that the reference in the Report and Recommendation to a written plea agreement between the government and defendant Thompson is incorrect. Defendant Thompson asserts that while he and the government do have a plea agreement in this case, that plea agreement was an oral agreement which had not been reduced to writing at the time of his plea hearing. The court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept defendant's plea in this case.

## II. ANALYSIS

Pursuant to statute, this court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made, as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b). In this case, as noted above, defendant Thompson has filed an objection to Judge Zoss's Report and Recommendation in which asserts that the reference in the Report and Recommendation to a written plea agreement between the government and defendant Thompson is incorrect. Defendant Thompson asserts that while he and the government do have a plea agreement in this case, that plea agreement was an oral agreement which had not been reduced to writing at the time of his plea hearing. The court's examination of the hearing minutes in this case clearly show that the plea agreement in place between the government and defendant Thompson at the time of the

2

plea hearing was an oral agreement. Therefore, the court sustains defendant Thompson's objection to Judge Zoss's Report and Recommendation. No other objections have been filed, and it appears to the court upon review of Judge Zoss's findings and conclusions, that there is no ground to reject or modify them. Therefore, the court **accepts** Judge Zoss's Report and Recommendation of June 28, 2006, but finds that the plea agreement in place between the government and defendant Thompson at the time of the plea hearing was an oral agreement, and accepts defendant's plea of guilty in this case to Count 1 of the indictment.

**IT IS SO ORDERED.**

**DATED** this 29th day of June, 2006.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA